ENTERED
08/24/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LANDCO JEFFERSON HOUSE DEVELOPMENT, LP | § | Case No. 11-31103-11 |
| | § | |
| Debtor. | § | |
| IN RE: | § | |
| | § | |
| LANDCO FAIR OAKS DEVELOPMENT, LP | § | Case No. 11-31105-11 |
| | § | |
| Debtor. | § | *Jointly Administered Under* |
| | § | *Case No. 11-31103* |

**AGREED ORDER FURTHER CONTINUING FINAL LIFT STAY
HEARING AND CONFIRMATION HEARING (RE: DOCKET NO. 117)**

In light of the agreement of the parties as reflected by the signature of their respective counsel appearing below regarding the *Joint Emergency Motion to Further Continue Final Lift Stay Hearing and Confirmation Hearing* (Docket No. 117), the Court is of the opinion that the following agreed order should be entered.

IT IS THEREFORE ORDERED:

1. The final lift stay hearing, currently set for August 25, 2011 at 10:45 a.m., regarding the motions for relief from automatic stay filed by City National Bank, Docket Nos. 48 and 49, is hereby continued until 10:30 A.m. on Sept. 22, 2011.

2. The hearing currently set for September 1, 2011 at 10:400 a.m. to consider confirmation of the Debtors' proposed Chapter 11 plans, Docket Nos. 73 and 77, is hereby continued until 11:00 A.m. on Oct. 11, 2011. No other

dates or deadlines with respect to the plans as set forth in the disclosure statement orders (Docket Nos. 83 and 84) are altered by this Order.

3. The Debtors are responsible for providing notice of the continued hearings.

SIGNED _____  AUG 2 4 2011

_____
THE HONORABLE LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE

**AGREED:**

**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**

Eleven Greenway Plaza, Suite 1400
Houston, Texas 77046
Phone: (713) 961-9045
Facsimile: (866) 666-5322
jcarruth@wkpz.com

By: /s/ Jeff Carruth
    Jeff Carruth – SBT #24001846
**ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION**

**HIRSCH & WESTHEIMER, P.C.**

By:   /s/  Michael J. Durrschmidt*
    Michael J. Durrschmidt
    Texas Bar No. 06287650
    700 Louisiana, Floor 25
    Houston, Texas 77002
    Telephone: (713) 220-9165
    Facsimile: (713) 223-9319
    mdurrschmidt@hirschwest.com
**ATTORNEYS FOR CITY NATIONAL BANK**

* *Signature by permission by /s/ Jeff Carruth*

---

**AGREED ORDER FURTHER CONTINUING FINAL LIFT STAY HEARING — Page 2 of 2**