

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**08/24/2011**

| | | |
|---|---|---|
| IN RE: § | | |
| LANDCO JEFFERSON HOUSE § | | |
| DEVELOPMENT, LP § | Case No. 11-31103-11 | |
| Debtor. § | | |
| IN RE: § | | |
| LANDCO FAIR OAKS § | Case No. 11-31105-11 | |
| DEVELOPMENT, LP § | | |
| Debtor. § | *Jointly Administered Under* | |
| § | *Case No. 11-31103* | |

### ORDER GRANTING MOTION TO EXTEND VOTING AND OBJECTION DEADLINES RELATED TO CHAPTER 11 PLANS (RE: DOCKET NO. 129)

On this day came on for consideration the *Motion to Further Extend Voting and Objection Deadlines Related to Chapter 11 Plans* (Docket No. 129) (the "Motion") filed herein on August 23, 2011 by Landco Jefferson House Development, LP and Landco Fair Oaks Development, LP, debtors and debtors in possession (the "Debtors"). Upon examination of the Motion and the record before the Court, and upon the continuance and rescheduling of the confirmation hearing to consider the Debtor's proposed Chapter 11 plans to Oct. 11, 2011 at 11:00 a.m. (the "Confirmation Hearing"), the Court concludes that cause exists to grant the Motion as provided herein.

IT IS THEREFORE ORDERED that

1. The deadline for creditors to return a ballot to Debtor's counsel is hereby extended to the date and time of the Confirmation Hearing.

2. The deadline for creditors and parties in interest to file an objection to the confirmation of the Debtor's proposed Chapter 11 plans is hereby extended to the date and time of the Confirmation Hearing.

3. The Debtor shall promptly serve this order to all creditors and parties and interest.

**AUG 2 4 2011**

SIGNED: _____

*/s/ Letitia Z. Paul*
_____
THE HONORABLE LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE